**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Criminal No. 04-361-01 (ESH)** |
| | ) | |
| **ORLANDO PORTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Report and Recommendation issued by Magistrate Judge

Deborah A. Robinson on May 23, 2011 [dkt. # 94], and the parties' concurrence in her

recommendation, it is hereby

**ORDERED** that defendant Orlando Porter shall remain on supervised release subject to

the same terms and conditions, and that no further action will be taken.

        /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 24, 2011